# Court of Appeals
# of the State of Georgia

ATLANTA,  January 17, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0676.  DENNIS LITTLE v. THE STATE.**

In 2009, Dennis Little was found guilty of three counts of child abandonment and was given a suspended sentence under the First Offender Act, OCGA § 42-8-60 et seq.  In 2012, the trial court revoked the suspension and sentenced Little to three years' incarceration.  Little later filed three pro se motions, which the trial court denied in an order entered on July 16, 2012.  Thirty-one days later, on August 16, 2012, Little filed a notice of appeal to this Court.

A notice of appeal must be filed within 30 days after entry of the appealable order.  OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007).  Because Little's notice of appeal was filed more than 30 days after entry of the order he wishes to appeal, it is untimely.  This appeal is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/17/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

 , Clerk.